UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERLING ATKINS, | |
| Petitioner, | 2:02-cv-1348-JCM-PAL |
| vs. | **ORDER** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, the petitioner, Sterling Atkins, is represented by attorney Marc Picker. The action is currently stayed, pending post-conviction proceedings in state court. *See* Order entered April 30, 2010 (ECF No. 119).

On July 6, 2013, Mr. Picker filed a motion to be relieved as counsel of record (ECF No. 125). In that motion, Mr. Picker requests that he be discharged from his representation of Mr. Atkins in this case. Mr. Picker states that he is now employed by the Washoe County Alternate Public Defender's Office, and that he is therefore no longer able to represent Mr. Atkins in this case.

Good cause appearing, the court will grant the motion of Mr. Picker to be relieved as counsel. The court will undertake to identify and appoint new counsel for Mr. Atkins in this case.

1   The discharge of Mr. Picker from his representation of Mr. Atkins in this federal habeas
2   corpus action has no bearing on Mr. Atkins' representation in the ongoing state-court proceedings.
3   Mr. Atkins' representation in those proceedings is a matter within the jurisdiction of the state courts.
4   Any change in Mr. Atkins' representation in the state court proceedings must be made by the state
5   courts.
6   **IT IS THEREFORE ORDERED** that the motion to be relieved as counsel of record (ECF
7   No. 125) is **GRANTED**. Attorney Marc Picker is discharged from his representation of the
8   petitioner in this federal habeas corpus action.

Dated this 26th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE