UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STERLING ATKINS, | ) | |
| Petitioner, | ) | 2:02-cv-1348-JCM-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for writ of habeas corpus, brought by Sterling Atkins, a Nevada prisoner sentenced to death. The case has been stayed since April 30, 2010, pending proceedings in state court. *See* Order entered April 30, 2010 (ECF No. 119).

On July 26, 2013, the court granted a motion made by Atkins' former attorney to withdraw from his representation of Atkins in this case. Order entered July 26, 2013 (ECF No. 126).

The court has now identified counsel to represent Atkins in this action. Pursuant to 18 U.S.C. § 3599, and in the interests of justice, Michael Charlton (P.O. Box 51075, Eugene, Oregon, 97405, 541-636-2793), shall be appointed to represent Atkins in this federal habeas corpus action, and all subsequent proceedings, pursuant to 18 U.S.C. § 3599(e), unless and until allowed to withdraw. The court will set a due date for Charlton to file a notice of appearance of counsel for Atkins, or other document indicating his inability to accept this appointment.

1    After Charlton files a notice of appearance of counsel, court personnel will contact
2    Charlton to initiate the budgeting process with respect to Charlton's representation of Atkins in this
3    case.

4    **IT IS THEREFORE ORDERED** that Michael Charlton is appointed to represent petitioner
5    Sterling Atkins, as described above.

6    **IT IS FURTHER ORDERED** that Michael Charlton shall, within **20 days** after the date this
7    order, file a notice of appearance of counsel for petitioner, indicating acceptance of this appointment,
8    or other document indicating that he cannot accept the appointment.

9    **IT IS FURTHER ORDERED** that the clerk of the court shall **SERVE** a copy of this
10   order, by mail, on:

11   Sterling Atkins
     #46600
12   Ely State Prison
     P.O. Box 1989
13   Ely, NV 89301

14   and also, by mail, on:

15   Michael B. Charlton
     P.O. Box 51075
16   Eugene, OR 97405

Dated this  9th  day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE