UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERLING ATKINS, ) | |
| ) | |
| Petitioner, ) | 2:02-cv-1348-JCM-PAL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| RENEE BAKER, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

This action is a petition for writ of habeas corpus, brought by Sterling Atkins, a Nevada prisoner sentenced to death. The case has been stayed since April 30, 2010, pending proceedings in state court. *See* Order entered April 30, 2010 (ECF No. 119).

On July 26, 2013, the court granted a motion made by Atkins' former attorney to withdraw from his representation of Atkins in this case. Order entered July 26, 2013 (ECF No. 126).

The court has now identified counsel to represent Atkins in this action. Pursuant to 18 U.S.C. § 3599, and in the interests of justice, Michael Charlton (P.O. Box 51075, Eugene, Oregon, 97405, 541-636-2793), shall be appointed to represent Atkins in this federal habeas corpus action, and all subsequent proceedings, pursuant to 18 U.S.C. § 3599(e), unless and until allowed to withdraw. The court will set a due date for Charlton to file a notice of appearance of counsel for Atkins, or other document indicating his inability to accept this appointment.

1       After Charlton files a notice of appearance of counsel, court personnel will contact Charlton to initiate the budgeting process with respect to Charlton's representation of Atkins in this case.

      **IT IS THEREFORE ORDERED** that Michael Charlton is appointed to represent petitioner Sterling Atkins, as described above.

      **IT IS FURTHER ORDERED** that Michael Charlton shall, within **20 days** after the date this order, file a notice of appearance of counsel for petitioner, indicating acceptance of this appointment, or other document indicating that he cannot accept the appointment.

      **IT IS FURTHER ORDERED** that the clerk of the court shall **SERVE** a copy of this order, by mail, on:

    Sterling Atkins
    #46600
    Ely State Prison
    P.O. Box 1989
    Ely, NV 89301

and also, by mail, on:

    Michael B. Charlton
    P.O. Box 51075
    Eugene, OR 97405

Dated this 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE