UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STERLING ATKINS,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

    _____/

2:02-cv-01348-JCM-PAL

**ORDER**

    In this capital habeas corpus action, the petitioner, Sterling Atkins, is due to file his fourth amended habeas petition by April 6, 2016.  *See* Order entered August 10, 2015 (ECF No. 167); Order entered February 8, 2016 (ECF No. 175).

    On March 25, 2016, Atkins filed a motion for extension of time (ECF No. 176), requesting an extension of time to June 6, 2016 -- a 61-day extension of time -- to file his fourth amended petition.  Atkins' counsel states that the extension of time is necessary because of delay caused by the budgeting process for the case, because of difficulties caused by the large record in the case, and because of his responsibilities in other cases.  This is the second extension of this deadline; it was previously extended by 58 days.  Respondents do not oppose the motion for extension of time.  The court finds that Atkins' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 176) is **GRANTED**. Petitioner shall have until and including **June 6, 2016**, to file and serve a fourth amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 10, 2015 (ECF No. 167) shall remain in effect.

Dated March 30, 2016.

_____
UNITED STATES DISTRICT JUDGE