UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STERLING ATKINS,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

2:02-cv-01348-JCM-PAL

**ORDER**

In this capital habeas corpus action, the petitioner, Sterling Atkins, is due to file his fourth amended habeas petition by August 5, 2016.  *See* Order entered August 10, 2015 (ECF No. 167); Order entered February 8, 2016 (ECF No. 175); Order entered March 30, 2016 (ECF No. 177); Order entered June 6, 2016 (ECF No. 179).

On July 26, 2016, Atkins filed a motion for extension of time (ECF No. 180), and on July 27, 2016, he filed a revised motion for extension of time (ECF No. 181), requesting a 21-day extension of time, to August 26, 2016, to file his fourth amended petition.  Atkins' counsel states that the extension of time is necessary because of delay caused by the budgeting process for the case, because of difficulties related to the large record in the case and related to his investigation, and because of his responsibilities in other cases.  This is the fourth extension of this deadline; it was previously extended by 58 days, then by 61 days, then by 60 days.  *See*  Order entered February 8, 2016 (ECF

1 | No. 175); Order entered March 30, 2016 (ECF No. 177); Order entered June 6, 2016 (ECF No. 179).
2 | Respondents do not oppose the motion for extension of time.  Atkins' counsel states that "[n]o
3 | further extensions of time will be requested should this one be granted."  Motion for Extension of
4 | Time (ECF No. 180), p. 7.  The court finds that Atkins' motion for extension of time is made in good
5 | faith and not solely for the purpose of delay, and that there is good cause for the requested extension
6 | of time.

7 | **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time, and revised
8 | motion for extension of time (ECF Nos. 180 and 181) are **GRANTED**.  Petitioner shall have until
9 | and including **August 26, 2016**, to file and serve a fourth amended petition for writ of habeas corpus.

10 | **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
11 | proceedings set forth in the order entered August 10, 2015 (ECF No. 167) shall remain in effect.

13 | Dated July 28, 2016.

_____
UNITED STATES DISTRICT JUDGE