1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9   STERLING ATKINS,
10          Petitioner,                        2:02-cv-01348-JCM-PAL
11  vs.
                                               **ORDER**
12  TIMOTHY FILSON *et al.*,
13          Respondents.
14  _____/
15
16          In this capital habeas corpus action, the respondents were due to file their answer by
17  November 27, 2017.  *See* Order entered September 28, 2017 (ECF No. 214).
18          On November 27, 2017, respondents filed a motion for extension of time (ECF No. 215),
19  requesting a 77-day extension, to February 12, 2018, for their answer.  Respondents' counsel states
20  that the extension of time is necessary because of her obligations in other cases.  The petitioner does
21  not oppose the extension of time.  The Court finds that respondents' motion for extension of time is
22  made in good faith and not solely for the purpose of delay, and that there is good cause for the
23  requested extension of time.
24          **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time
25  (ECF No. 215) is **GRANTED**.  Respondents shall have until and including **February 12, 2018**, to
26  file their answer.

1    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

2    proceedings set forth in the order entered August 10, 2015 (ECF No. 167) shall remain in effect.

3

4    Dated November 28, 2017.

5

6    _____
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26