1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    STERLING ATKINS,

10           Petitioner,                               2:02-cv-01348-JCM-PAL

11   vs.
                                                       **ORDER**
12   TIMOTHY FILSON *et al.*,

13           Respondents.

14   _____/

15

16           In this capital habeas corpus action, after a 77-day extension of time, the respondents were

17   due to file their answer by February 12, 2018.  *See* Order entered September 28, 2017 (ECF No.

18   214); Order entered November 28, 2017 (ECF No. 216).

19           On February 12, 2018, respondents filed a motion for extension of time (ECF No. 217),

20   requesting another extension time, of 60 days, to April 13, 2018.  Respondents' counsel states that

21   the extension of time is necessary because of her obligations in other cases, and because of other

22   duties at the Office of the Attorney General.  There is no indication that petitioner opposes the

23   extension of time.  The Court finds that respondents' motion for extension of time is made in good

24   faith and not solely for the purpose of delay, and that there is good cause for the requested extension

25   of time.  The Court will grant this second extension of time, as requested.

26

However, in light of the amount of time that respondents will have had to file their answer -- well over six months -- *the Court will not look favorably upon any motion to further extend this deadline.*

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 217) is **GRANTED**. Respondents shall have until and including **April 13, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 10, 2015 (ECF No. 167) shall remain in effect.

Dated February 16, 2018.

_____
UNITED STATES DISTRICT JUDGE