1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

10

STERLING ATKINS,

Case No. 2:02-cv-01348-JCM-PAL

Petitioner,

ORDER

11

v.

12

TIMOTHY FILSON, *et al.*,

13

Respondents.

14

15

16        In this capital habeas corpus action, the respondents filed an answer on April 13,

17   2018 (ECF No. 219). The petitioner, Sterling Atkins, was then due to file a reply by May

18   28, 2018. *See* Order entered August 10, 2015 (ECF No. 167) (45 days for reply).

19        On May 21, 2018, petitioner filed a motion for an extension of time (ECF No. 220),

20   requesting a 60-day extension of time, to July 27, 2018, for his reply. This would be the

21   first extension of this deadline. Petitioner's counsel states that the extension of time is

22   necessary because of the complexity of this case and because of his obligations in other

23   cases. Respondents do not oppose the motion for extension of time. The Court finds that

24   petitioner's motion for extension of time is made in good faith and not solely for the

25   purpose of delay, and that there is good cause to extend this deadline.

26        Recognizing the complexity of this case, and in the interest of avoiding the need

27   for any further extension of time, the Court will extend the deadline for the reply to

28

1

September 7, 2018. The Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 220) is **GRANTED**. Petitioner will have until **September 7, 2018**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 10, 2015 (ECF No. 167) will remain in effect.

DATED May 25, 2018.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE