UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STERLING ATKINS,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:02-cv-01348-JCM-PAL

ORDER

In this capital habeas corpus action, after a 59-day extension of time, the respondents were due to file a response to the petitioner's reply and a response to the petitioner's motion for an evidentiary hearing by December 7, 2018. *See* Order entered September 27, 2018 (ECF No. 225).

On December 6, 2018, Respondents filed a motion for extension of time (ECF No. 226), requesting that the deadline for the response to reply and response to motion for evidentiary hearing be extended to December 28, 2018, a further extension of 21 days. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, and time away from her office. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause to extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 226) is **GRANTED**. Respondents will have until **December 28, 2018**, to file their response to the petitioner's reply and their response to the petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 10, 2015 (ECF No. 167) will remain in effect.

DATED December 12, 2018.

/s/ James C. Mahan
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE